**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FILED
06 NOV 17 PM 4:06

McMillon v Amerada Hess/Liberty Mutual
8806 N 13th St
Tampa, Fl 33604
813.932.1035
CASE # 8:06CV1666   Motion to Withdraw

I Gladys L. McMillon withdraw the complaint file with the U.S. District Court against Amerada Hess and Liberty Mutual. on this Day 17 of Nov.

Gladys L. McMillon
8806 N. 13th St
Tampa, Fl 33604
813.932.1035